# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

| | |
|---|---|
| **ANGEL BARE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| **AT&T MOBILITY, LLC, AND** | ) (Removed from the Chancery |
| **SEDGWICK CLAIMS MANAGEMENTS** | ) Court for Sullivan County, |
| **SERVICES, INC.,** | ) Tennessee, Case No. C0017555) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants AT&T Mobility, LLC, and Sedgwick Claims Management Services, Inc. file this Notice of Removal of this civil action from the Chancery Court for Sullivan County, Tennessee to the United States District Court for the Eastern District of Tennessee, and in support state the following:

1. Plaintiff filed this action, captioned <u>Angel Bare v. AT&T Mobility, LLC, and Sedgwick Claims Managements Services, Inc.</u>, Case No. C0017555, in the Chancery Court of Sullivan County on April 28, 2011.

2. Defendants are filing this Notice of Removal within thirty (30) days of receipt by the Defendants of copies of the Summons and Complaint, and this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). Defendants were served with the Complaint on May 23, 2011.

3. Attached hereto as Exhibit A are copies of the Summonses and Complaint, which constitute all pleadings, processes, and orders received by Defendants in this action.

4593017.1

4. In the Complaint, Plaintiff, a former employee of Defendant AT&T Mobility, LLC, alleges that she has not received disability benefits under a benefit plan regulated by the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq., ("ERISA"). AT&T Mobility, LLC, is a participating company in employee welfare benefit plans within the meaning of ERISA that provide disability benefits to eligible employees who are unable to work because of sickness or injury. Sedgwick Claims Management Services, Inc. is the third-party claims administrator of the relevant benefit plan. Consequently, Plaintiff's claim for denial of disability benefits arises under Section 502(a)(1)(B) of ERISA (29 U.S.C. § 1132(a)(1)(B)).

5. The District Courts of the United States are given original jurisdiction over civil actions under ERISA pursuant to 28 U.S.C. § 1331. The venue of this removal action is proper pursuant to 28 U.S.C. § 1441 as the United States District Court for the Eastern District of Tennessee embraces Sullivan County, Tennessee, the place where the state court action was pending. Therefore, this action may be removed to the United States District Court for the Eastern District of Tennessee, pursuant to the provisions of 28 U.S.C. § 1441(a).

6. Written notice of the filing of this Notice of Removal will be provided to Plaintiff Angel Bare, the only adverse party, as provided by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

7. Contemporaneously herewith, a true and correct copy of this Notice of Removal will be filed with the Clerk of Chancery Court in and for Sullivan County, Tennessee pursuant to 28 U.S.C. § 1446(d).

8. All Defendants consent to and join in this Notice of Removal.

/s/ Waverly D. Crenshaw, Jr.
Waverly D. Crenshaw, Jr.
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN 37219-8966
615-244-6380
615-244-6804 (fax)
email: waverly.crenshaw@wallerlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 21, 2011, I electronically filed the foregoing Notice of Removal with the Clerk of Court by using the EM/ECF system which will automatically send email notification to the following attorneys of record:

> John B. Dupree
> John B. Dupree, P.A.
> 9539 Kingston Pike
> Knoxville, TN 37922

/s/ Waverly D. Crenshaw, Jr.

4593017.1

3

Case 2:11-cv-00180-TAV-DHI   Document 1   Filed 06/21/11   Page 3 of 3   PageID #: 3